IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY - CAMDEN

| | |
|---|---|
| RANDY CHU<br>　　　Plaintiff<br><br>vs.<br><br>TRUMP ENTERTAINMENT RESORTS, INC.<br>　　and<br>TRUMP ENTERTAINMENT RESORTS HOLDINGS, L.P.<br>　　and<br>TRUMP TAJ MAHAL ASSOCIATES, LLC<br>d/b/a TRUMP TAJ MAHAL CASINO RESORT<br>　　and<br>TRUMP ENTERTAINMENT RESORTS<br>DEVELOPMENT COMPANY, LLC<br>　　and<br>THCR MANAGEMENT SERVICES, LLC<br>　　　Defendants | CIVIL ACTION<br><br>No. 1:13-cv-05362-RBK-AMD<br><br>**JURY TRIAL DEMANDED** |

### STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

It is hereby STIPULATED and AGREED amongst all parties that the above-captioned matter is voluntarily dismissed by plaintiff Randy Chu in accordance with F.R.C.P. 41 (a)(1)(A)(ii).

FELDMAN, SHEPHERD, WOHLGELERNTER
TANNER, WEINSTOCK & DODIG, LLP

_/s/ Edward S. Goldis_
EDWARD S. GOLDIS
1845 Walnut Street, 21st Floor
Philadelphia, PA 19103
215-567-8300
Attorney for Plaintiff Randy Chu

COOPER LEVENSON

_/s/ Russell L. Lichtenstein_
RUSSELL L. LICHTENSTEIN
AMY E. RUDLEY
1125 Atlantic Avenue
Atlantic City, NJ 08401
609-572-7676
Attorneys for Defendants